# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2015

Robert P. Young, Jr.,
Chief Justice

152061(53)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SHAWLENE PERRY,
     Plaintiff-Appellee,

v

GLENN M-D COTTON and GLENN M-D
COTTON, PLC,
     Defendants-Appellants.

SC: 152061
COA: 322069
Genesee CC: 13-099724-NM

_____/

     On order of the Chief Justice, the motion of the State Bar of Michigan's Probate and Estate Planning Section to extend the time for filing an amicus curiae brief on the application for leave to appeal is GRANTED. An amicus brief will be accepted for filing if submitted on or before November 10, 2015.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2015

